JLH/2017R0023

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Kevin McNulty |
| v. | Crim. No. 19- 415 |
| RICHARD BLY | 18 U.S.C. § 2422(b) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

From on or about February 5, 2017 through March 16, 2017, in Bergen County, New Jersey, in the District of New Jersey, and elsewhere, defendant,

### RICHARD BLY,

using a facility and means of interstate and foreign commerce, knowingly did or attempted to persuade, induce, entice, coerce, an individual who had not obtained the age of 18 years, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

RECEIVED

JUN 10 2019

_____M
WALSH, CLERK

1

JLH/2017R0023

## **FORFEITURE ALLEGATION**

1.  The allegations contained on Page One of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(a).

2.  As the result of committing the offense alleged in Count of this Indictment, the defendant,

**RICHARD BLY,**

shall forfeit to the United States of America:

    a.    Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and

    b.    Any property, real or personal, that constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

JLH/2017R0023

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428 and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Craig Carpenito* (signature)
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 19-415(KM)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

RICHARD BLY

# INDICTMENT FOR

18 U.S.C. § 2422(b)

A True Bill.

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

JOSHUA L. HABER
HEATHER SUCHORSKY
*ASSISTANT U.S. ATTORNEYS*
973-645-3978